No. 10-6457. Russell L. Stevens, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

562 U.S. 1048, 131 S. Ct. 606, 178 L. Ed. 2d 442, 2010 U.S. LEXIS 8974.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 10-6458. Daniel Wayne Kapetan, Petitioner v. Nevada.

562 U.S. 1048, 131 S. Ct. 606, 178 L. Ed. 2d 442, 2010 U.S. LEXIS 8825.

November 15, 2010. Petition for writ of certiorari to the Supreme Court of Nevada denied.

No. 10-6459. James Wayne Kimbrough, Petitioner v. Roland Colson, Warden.

562 U.S. 1048, 131 S. Ct. 606, 178 L. Ed. 2d 442, 2010 U.S. LEXIS 8949.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 10-6463. Vincent Gene Smith, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

562 U.S. 1048, 131 S. Ct. 606, 178 L. Ed. 2d 442, 2010 U.S. LEXIS 8809.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 10-6467. Timothy Shawn Majors, Petitioner v. Texas.

562 U.S. 1048, 131 S. Ct. 607, 178 L. Ed. 2d 442, 2010 U.S. LEXIS 9007.

November 15, 2010. Petition for writ of certiorari to the Court of Appeals of Texas, Seventh District, denied.

No. 10-6472. Denard L. Jones, Petitioner v. Florida.

562 U.S. 1048, 131 S. Ct. 607, 178 L. Ed. 2d 442, 2010 U.S. LEXIS 8913.

November 15, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, First District, denied.

Same case below, 49 So. 3d 238.

No. 10-6474. Ronald Jackson, Petitioner v. People of October 19-20, 1994.

562 U.S. 1048, 131 S. Ct. 607, 178 L. Ed. 2d 442, 2010 U.S. LEXIS 8937.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

No. 10-6478. Raheem Taylor, Petitioner v. New Jersey, et al.

562 U.S. 1048, 131 S. Ct. 607, 178 L. Ed. 2d 442, 2010 U.S. LEXIS 8989,

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 372 Fed. Appx. 250.